# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SEDRICK HILLS

NO. 2021 KW 1057

**September 9, 2021**

---

In Re:    Sedrick Hills, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No.11-14-0792.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**STAY DENIED. WRIT DENIED.**

                         **VGW**
                         **AHP**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT